BEAVERKILL STREAM CLUB, Respondent, *v.* ELIZABETH C. LEMMI, Doing Business under the Trade Name of · ARTHUR LEIGHTON CO., Appellant.

*Beaverkill Stream Club* v. *Lemmi*, 172 App. Div. 912, appeal dismissed.
(Argued January 8, 1917, decided January 16, 1917.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 18, 1916, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to restrain defendant from floating logs on a stream.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the findings of fact were supported by the evidence; that the exceptions were frivolous and the appeal taken solely for delay.

*John B. Doyle* for motion.

*H. C. Stratton* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.